IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHARLES ENGLAND, | No. C 05-4843 SI |
| Petitioner, | **ORDER ISSUING CERTIFICATE OF APPEALABILITY** |
| v. | |
| DAVID L. RUNNELS, Warden, | |
| Respondent. | |

Petitioner has filed a notice of appeal of this Court's April 24, 2007 judgment. Pursuant to Federal Rule of Appellate Procedure 22(b), the Court has reviewed the record in this case and issues a certificate of appealability on petitioner's claim that he was deprived his Sixth Amendment right to a jury trial as to prior "strike" allegations beyond the "fact" of the prior convictions. The Court does not issue a certificate of appealability on petitioner's remaining claims because petitioner has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: May 21, 2007

SUSAN ILLSTON
United States District Judge